IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD E. HIGGERSON,

    Petitioner,                      No. CIV S-00-1962 MCE JFM P

   vs.

LOU BLANAS, et al.,

    Respondents.                <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 31, 2005, this court issued findings and recommendations which recommended that petitioner's application be denied. All parties were advised that objections to the findings and recommendations, if any, were to be filed within twenty days. Petitioner was served with the findings and recommendations at his address of record. Those findings and recommendations have not been returned to the court.

        On June 20, 2005, petitioner filed a document entitled "Request for Commissioners' Recommendation to Court and Extra Time to Answer." On June 21, 2005, petitioner filed a document entitled "Petitioner's Second Request for Commissioners' Recommendation to Court and Extra Time to Answer." In both of these documents, petitioner states that he did not receive the findings and recommendations served upon him by the court,

1

although he has been informed by his trial attorney that the court has recommended denial of his habeas petition. He requests that the court re-serve him with the findings and recommendations and grant him an extension of time to file "the proper answer" with the court. Good cause appearing, petitioner's requests will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to re-serve petitioner at 3951 Verdugo Ln., Bakersfield, California, 93312, with the May 31, 2005 findings and recommendations;

2. Petitioner's June 20, 2005, "Request for Commissioners' Recommendation to Court and Extra Time to Answer" and June 21, 2005, "Second Request for Commissioners' Recommendation to Court and Extra Time to Answer" are granted; and

3. Within thirty days from the filed date of this order, petitioner shall file objections, if any, to the May 31, 2005 findings and recommendations.

DATED: July 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/008;higg1962.o