IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD E. HIGGERSON,

        Petitioner,

   v.

LOU BLANAS, ET AL.,

        Respondents.

                              /

No. CIV-S-00-1962 MCE/JFM P

ORDER

    Petitioner, a former county jail inmate proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 31, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

On July 8, 2005, petitioner was granted an additional thirty days to file his objections. On July 18, 2005, petitioner filed objections to the findings and recommendations. On July 20, 2005, respondents filed a reply. On August 4, 2005, petitioner filed supplemental objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 31, 2005, are adopted in full;

2. Petitioner's May 20, 2002, motion to file a third amended petition is denied;

3. Petitioner's July 5, 2001, motion for evidentiary hearing is denied; and

4. Petitioner's application for a writ of habeas corpus is denied.

DATED: September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2